# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

## APPEARANCE

2003 OCT 14 P 2: 37

ANDRE MARQUEE PIERCE

    V.

GIOVANNI GOMEZ, WARDEN

CASE NUMBER: 3:02CV838 (JCH) (HBF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Respondent, Giovanni Gomez, Warden.

| | |
|---|---|
| October 9, 2003 | _(signature)_ |
| **Date** | **Signature** JAMES A. KILLEN |
| ct02058 | Senior Assistant State's Attorney |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (860) 258-5887 | 300 Corporate Place |
| **Telephone Number** | **Address** |
| | Rocky Hill, CT 06067 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:
Andre Marquee Pierce, #218478, MacDougall Correctional Institution, 1153 East Street, South, Suffield, Connecticut 06080, on October 10, 2003.

_(signature)_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.feb.96