UNITED STATES DISTRICT COURT     FILED
DISTRICT OF CONNECTICUT

2003 OCT 14  P 2: 37

ANDRE MARQUEE PIERCE,
   Petitioner         :     CIV. NO. 3:02CV838(JCH)(HBF)

v.                          :

WARDEN GIOVANNI GOMEZ,       :     OCTOBER 10, 2003
   Respondent

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby moves for an enlargement of time until **November 30, 2003** to file his response.

This is the respondent's first request for an extension of time with respect to this court's show cause order. The *pro se* petitioner is incarcerated and, consequently, the undersigned cannot represent whether he has any objection to this requested extension.

The grounds for this motion are as follows:

1.    Assistant State's Attorney Jo Anne Sulik, who has been handling all federal habeas cases in this office since the departure of Supervisory Assistant State's Attorney Michael O'Hare was called back to active military duty, underwent emergency surgery last week and remains in the hospital as of the date of this motion.

2.    It is anticipated that Attorney Sulik will be unable to return to work for at least 3-4 weeks.

3.    This case is one of three federal habeas cases (<u>Andre Marquee Pierce</u>, 3:02CV838(JCH)(HBF); <u>Michael Lebowitz</u>, 3:03CV1270(SRU)(WIG); and <u>Ronnie Jones</u>,

3:03CV852(CFD)(WIG)) which currently have show cause orders for response dates between September 30th and October 14th.

4. Due to Attorney Sulik's unexpected illness, she will be unable to comply with the current deadlines on these cases, nor would anyone else in the office be in a position to step in and respond to these petitions any sooner than November 30th.

WHEREFORE, the respondent hereby moves this court for an enlargement of time until **November 30, 2003** to file his response to the petition.

Respectfully submitted,

RESPONDENT

By: _____
JAMES A. KILLEN
Senior Assistant State's Attorney
Appellate Bureau
Office of the Chief State's Attorney
Federal Bar No. ct 02058

### CERTIFICATION

I hereby certify that a copy of this document was mailed to Andre Marquee Pierce, Pro Se, Inmate #218478, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080, on October 10, 2003.

_____
JAMES A. KILLEN
Assistant State's Attorney