UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANDRE MARQUEE PIERCE
                                      PRISONER
  V.                      CASE NO. 3:02CV838 (JCH) (HBF)

WARDEN GOMEZ

## RULING ON PENDING MOTION

The respondent's Motion for Extension of Time [doc. # 15] to file a memorandum in response to the amended petitoin for writ of habeas corpus is GRANTED for good cause shown. The Memorandum shall be filed on or before November 30, 2003

SO ORDERED this 27 day of October, 2003, at Bridgeport, Connecticut.

                                              /s/ Holly B. Fitzsimmons
                                               Holly B. Fitzsimmons
                                         United States Magistrate Judge