FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC -3  P 1:51

| | | |
|---|---|---|
| ANDRE MARQUEE PIERCE, | : | PRISONER |
| Petitioner | | CASE NO. 3:02CV838(JCH)(HBF) |
| | : | |
| v. | : | |
| | : | |
| WARDEN GIOVANNI GOMEZ, | : | DECEMBER 3, 2003 |
| Respondent | | |

## APPEARANCE

On behalf of the respondent, Warden Giovanni Gomez, please enter the appearance of:

>Jo Anne Sulik
>Assistant State's Attorney
>Civil Litigation Bureau
>Office of the Chief State's Attorney
>300 Corporate Place
>Rocky Hill, Connecticut 06067
>(860) 258-5887
>(860) 258-5968 (facsimile)
>Fed. Bar. No. ct 15122

_____
JO ANNE SULIK
Assistant State's Attorney

## **CERTIFICATION**

I hereby certify that a copy of this document was mailed to Andre Pierce, Inmate # 218478, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080, on December 3, 2003.

_____
JO ANNE SULIK
Assistant State's Attorney