UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT      FILED

ANDRE MARQUEE PIERCE,                          PRISONER
        Petitioner                    :    CASE NO. 3:02CV838(JCH)(HBF)

v.                                    :

WARDEN GIOVANNI GOMEZ,                :    DECEMBER 3, 2003
        Respondent

## MOTION FOR ENLARGEMENT OF TIME
## NUNC PRO TUNC
## WITHIN WHICH TO COMPLY WITH
## THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for a thee-day enlargement of time, nunc pro tunc, to **December 3, 2003**, to file a response "showing cause "why the relief prayed for in the petitioner's Second Amended Petition [Doc. # 12] should not be granted and addressing the merits of the petitioner's claims." That response was ordered to be filed on December 1, 2003. This is the respondent's second motion for an enlargement of time. At this time, the petitioner is appearing pro se in this matter and is incarcerated. Therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1.      On October 5, 2003, the undersigned counsel underwent emergency surgery. This resulted in a six-week period of recuperation and counsel returned to work on November 17, 2003. As of October 5, 2003, the undersigned was the only attorney assigned to handle federal habeas corpus matters within the State of Connecticut's Division of Criminal Justice. This was so because Senior Assistant State's Attorney

Carolyn Longstreth retired on May 30, 2003 and Supervisory Assistant State's Attorney Michael O'Hare, a military reservist, had been called to active duty. He presently is stationed overseas for the foreseeable future. During the undersigned's absence, other attorneys were designated to temporarily handle some federal habeas corpus petitions.

2.    Since November 17, 2003, the undersigned counsel has attempted to address numerous matters that accumulated during her absence. Nevertheless, responding to the show cause order issued in the instant case was designated as a priority. Unfortunately, the response could not be completed in time to comply with the Court's order.

Due to these and other considerations, the respondent hereby moves this court for a three-day enlargement of time, nunc pro tunc, to **December 3, 2003**, to file its response in the above-captioned matter.

Respectfully submitted,

RESPONDENT-WARDEN GIOVANNI GOMEZ

By:    _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
Fed. Bar. No. ct 15122

2

## CERTIFICATION

I hereby certify that a copy of this document was mailed to Andre Pierce, Inmate

# 218478, MacDougall Correctional Institution, 1153 East Street South, Suffield,

Connecticut 06080, on December 3, 2003.

JO ANNE SULIK
Assistant State's Attorney

3