```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


ANDRE MARQUEE PIERCE           :
                               :              PRISONER
     v.                        :   Case No. 3:02CV838(JCH) (HBF)
                               :
WARDEN GOMEZ                   :
```

RULING AND ORDER

Respondent seeks an extension of time until December 3, 2003, to file a response to the petition for writ of habeas corpus. The Motion for Extension of Time [**doc. #18** is **GRANTED** *nunc pro tunc*.

**SO ORDERED.**

Entered this _23_ day of January, 2004, at Bridgeport, Connecticut.

                                        /s/

                                    HOLLY B. FITZSIMMONS
                                    UNITED STATES MAGISTRATE JUDGE