UNITED STATES
DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 19 P 4:09
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Andre Marquee Pierce

Prisoner

v.

Warden Murphy, et al

Case No. 3:02cv838
(JCH) (HBF)

## MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

The Petitioner, in pursuant to Rule 7(a), D. Conn. Loc. Civ. P., brings this motion to challenge the defendant's MOTION TO DISMISS on the grounds that the Petitioner's federal rights were violated by trial counsel's ineffectiveness and through prosecutorial misconduct and "due process" violations.

*Andre Pierce*
Andre Pierce
March 16, 2004

## Certification

I hereby certify that one copy was mailed to Senior Assistant State's Attorney Carolyn K. Longstreth at 300 Corporate Place; Rocky Hill Ct. 06067

Andre Pierce
*Andre Pierce*
March 17, 2004