```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT
```

ANDRE MARQUEE PIERCE
                                                               PRISONER
    v.                              CIVIL NO. 3:02v838 (JCH)

WARDEN BRIAN K. MURPHY

## J U D G M E N T

The cause came on for consideration on the respondent's motion to dismiss the petition for writ of habeas corpus before the Honorable Janet C. Hall, United States District Judge.

The Court has considered the motion and all of the related papers.  On June 25, 2004, the Court filed its Ruling granting the respondent's motion and dismissing the petition for writ of habeas corpus without prejudice to the petitioner's filing a motion to reopen this case after he has fully exhausted all available state court remedies as to the first four claims in the second amended petition.

It is therefore, **ORDERED** and **ADJUDGED** that the second amended petition for writ of habeas corpus is dismissed without prejudice and the case is closed.

Dated at Bridgeport, Connecticut this 30th day of June, 2004.

                                          KEVIN F. ROWE, Clerk

                                          By    s/s Cynthia Earle

                                                 Cynthia Earle
                                                 Deputy Clerk

Entry on Docket _____